# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARIANN E. COOK | : | |
| | : | |
| v. | : | C.A. No. 15-514A |
| | : | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration | : : : | |

## JUDGMENT

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the Defendant, Carolyn W. Colvin, against the Plaintiff, Mariann E. Cook, pursuant to the Court's Order dated November 7, 2016.  Plaintiff's Motion for Reversal or Remand (Document No. 15) is DENIED; and Defendant's Motion to Affirm (Document No. 19) is GRANTED.

BY:

   /s/ Jeannine Noel
JEANNINE NOEL, Deputy Clerk

November 7, 2016